No. 631.   Casebeer *v.* Hudspeth, Warden.

March 17, 1941.   *Per Curiam:* The motion for leave to proceed *in forma pauperis* is

granted, the petition for writ of certiorari is also granted, the judgment is reversed, and the cause is remanded to the Circuit Court of Appeals with directions to reconsider the petitioner's appeal in the light of a transcript of the testimony taken at the hearing on the petition for habeas corpus. *Edward Casebeer, pro se.*